UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Applicant, | ) ) | Miscellaneous Business Docket No. 15-mc-91258-RGS |
| v. | ) ) | |
| CARLOS R. GARZA, | ) ) | |
| Respondent. | ) ) | |

## CERTIFICATE OF SERVICE

I, Gretchen Lundgren, hereby certify that on August 18, 2015, I caused a true copy of the proposed Order To Show Cause Or Comply With Subpoena Issued By The Securities And Exchange Commission to be served via overnight mail upon the following persons:

Carlos R. Garza
136 Hillcrest Terrace
Brattleboro, VT 05301

Respectfully submitted,

//s//Gretchen Lundgren
Gretchen Lundgren (BBO#644742)
Kathleen Burdette Shields (BBO# 637438)
U.S. SECURITIES AND EXCHANGE
COMMISSION
33 Arch Street
Boston, Massachusetts 02110-1424
Phone: (617) 573-8904 (Shields)
(617) 573-4578 (Lundgren)
Shieldska@sec.gov, Lundgreng@sec.gov

Counsel for Applicant
Securities and Exchange Commission