UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Applicant,<br><br>　　v.<br><br>CARLOS R. GARZA,<br><br>　　　　　Respondent. | Miscellaneous Business<br>Docket No. 15-mc-91258-RGS |

### ORDER TO SHOW CAUSE OR COMPLY WITH SUBPOENA
### ISSUED BY THE SECURITIES AND EXCHANGE COMMISSION

This matter having come before the Court on Application for Order to Show Cause and for Order to Comply with Administrative Subpoena by the Securities and Exchange Commission ("Application"), and the Court, having **GRANTED the Application** by endorsement on August 17, 2015,

IT IS HEREBY ORDERED THAT, on or before September 4, 2015:

1. Respondent, Carlos R. Garza, shall show cause why he should not comply with the administrative subpoena directing him to testify before, and produce documents to, the Commission staff; or

2. Respondent, Carlos R. Garza, shall provide testimony at the Commission's Boston Regional Office and produce all non-privileged documents in his possession, custody or control responsive to the Commission's subpoena.

Ordered this 19th day of August, 2015.

_/s/ Richard G. Stearns_

Hon. Richard G. Stearns
United States District Judge